# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

| | |
|---|---|
| ALLINE E. GOINS and husband ) | |
| JACK D. GOINS, II, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. No. 1:17-CV-00325 |
| ) | JURY DEMANDED |
| ASHLAND GARDEN APARTMENTS ) | |
| and CEDAR LAKE, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case shall be dismissed with prejudice. Each party shall bear all its own attorneys' fees and costs in this case.

Respectfully submitted this 19th day of February, 2019.

By:     */s/ Ryan M. Womack*
**RYAN M. WOMACK, #28869**
**WARREN & GRIFFIN, P.C.**
736 Georgia Avenue, Suite 600
Chattanooga, TN 37402
(423) 265-4878
*Attorney for Plaintiffs*

    */s/ William B. Jakes, III*
**WILLIAM B. JAKES, III, #10247**
**HOWELL & FISHER, PLLC**
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 921-5208
*Attorneys for Defendant Cedar Lake d/b/a Ashland Gardens Apartments*

## CERTIFICATE OF SERVICE

      I certify that on February 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By Electronic Filing System:

Ryan M. Womack
Warren & Griffin, P.C.
736 Georgia Avenue, Suite 600
Chattanooga, TN 37402
ryan@warrenandgriffin.com

                                              */s/ William B. Jakes, III*
                                              **WILLIAM B. JAKES, III**